KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SUSAN M. CARSON, State Bar No. 135875
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER, State Bar No. 152000
Deputy Attorney General
HADARA STANTON, State Bar No. 227040
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5615
 Fax:  (415) 703-5480
 E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | Case No. 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND PAGE LIMIT**<br><br>Dept:     Courtroom 3, 15th Fl.<br>Judge:    Hon. Kimberly J. Mueller |

1    Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care (Director), by and through their attorneys of record, STIPULATE that:

1. The Director may, on shortened time, request that the Court allow her to file a reply brief in support of her motion to dismiss plaintiffs' Complaint in excess of the Court's applicable page limitation.

2. The Director may have up to four (4) additional pages beyond the 10-page limitation for her reply brief in support of the motion to dismiss.

Dated: April 4, 2016                    Respectfully submitted,

                                        KAMALA D. HARRIS
                                        Attorney General of California
                                        SUSAN M. CARSON
                                        Supervising Deputy Attorney General


                                        /s/ *Joshua Sondheimer*
                                        JOSHUA N. SONDHEIMER
                                        Deputy Attorney General
                                        *Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the Cal. Department of Managed Health Care*

Dated: April 4, 2016                    ALLIANCE DEFENDING FREEDOM


                                        */s/Jeremiah Galus* (as authorized on 4/4/16)
                                        JEREMIAH GALUS (admitted pro hac vice)
                                        ALLIANCE DEFENDING FREEDOM
                                        15100 N. 90th Street
                                        Scottsdale, AZ 85260
                                        (480) 444-0020
                                        jgaulus@ADFlegal.org
                                        *Attorneys for Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church*

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Director may file a reply brief in support of her motion to dismiss of up to 14 pages.

IT IS SO ORDERED

Date: April 8, 2016.

_____
UNITED STATES DISTRICT JUDGE