KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SUSAN M. CARSON, State Bar No. 135875
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER, State Bar No. 152000
Deputy Attorney General
HADARA STANTON, State Bar No. 227040
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5615
  Fax:  (415) 703-5480
  E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>                        Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**JOINT REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Dept:      Courtroom 3, 15th Fl.<br>Judge:    Hon. Kimberly J. Mueller |

Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care (Director) jointly request that as the Director's Motion to Dismiss Plaintiff's action remains under submission, the Court continue the June 23, 2016 Status Conference to a date at least 30 days after the date by which the Court anticipates issuing a ruling on the Motion to Dismiss.

A Status Conference is presently scheduled for June 23, 2016, at 2:30 p.m. Under the Court's Order Setting Status (Pretrial Scheduling) Conference (Scheduling Order), the parties must confer at least 21 days before the Status Conference, thus by Thursday, June 2, 2016, on a wide variety of matters including amendments to pleadings, discovery, a schedule for further contemplated dispositive motions, proposed pretrial conference and trial dates, and other matters. However, a motion to dismiss by the Director, which seeks dismissal of plaintiffs' of each of plaintiffs' four causes of action, was heard and submitted on May 6, 2016, and remains pending before the Court.

As the Court's decision on the pending motion to dismiss may significantly affect the nature of further proceedings in this matter, the parties believe that it would be more productive and efficient for the parties to confer regarding a Joint Scheduling Report after the Court issues its decision on the Director's motion to dismiss. For the same reasons, the parties believe that it would be a more productive and efficient use of the Court's and parties' time to prepare and consider the parties' Report, and to hold a Status Conference, after the Court issues its ruling on the pending motion to dismiss.

Continuing the Status Conference to at least 30 days from the anticipated date of the Court's decision would allow the parties nine days to evaluate the Court's decision and confer with opposing counsel on the matters required by the Court's scheduling order in advance of preparing the Joint Status Report due seven days before the Status Conference.

For these reasons, the parties jointly request that the June 23, 2016 Status Conference be continued to a date at least 30 days after the date by which the Court anticipates issuing its ruling on the Director's Motion to Dismiss. If the Court wishes to continue the case management

1

conference irrespective of an anticipated date by which a ruling on the motion may be issued, the Director proposes that the conference be set on or after August 25, 2016, while Plaintiffs propose that the conference be set for July 21, 2016.

Respectfully submitted,

Dated:  June 2, 2016

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

/s/ Joshua Sondheimer
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care*

Dated:  June 2, 2016

ALLIANCE DEFENDING FREEDOM

/s/ Jeremiah Galus (as authorized on 6/2/15)
JEREMIAH GALUS (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
estanley@ADFlegal.org
*Attorneys for Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church*

SF2015403026
Joint Request to Continue Status Conference.doc

## CERTIFICATE OF SERVICE

Case Name: **Foothill Church, et al., v. Michelle Rouillard**  No. **2:15-CV-02165-KJM-EFB**

I hereby certify that on June 2, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT REQUEST TO CONTINUE STATUS CONFERENCE**
- **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 2, 2016, at San Francisco, California.

R. Manalastas
Declarant

_[signature]_
Signature

SF2015403026
41535444.doc