UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOTHILL CHURCH, CALVARY CHAPEL CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,<br><br>Defendant. | No. 2:15-cv-02165-KJM-EFB<br><br><br><br>ORDER |

On June 8, 2016, the court reset the initial scheduling conference in this case for August 4, 2016, with a joint status report due seven days prior to the conference. ECF No. 35. On July 28, 2016, the parties filed a document titled "Joint Status Report and Request to Continue Status Conference or in the Alternative for Telephonic Appearance," which does not provide a Federal Rule of Civil Procedure 26(f) discovery plan. Therefore, the court continues the scheduling conference to September 1, 2016, to allow the parties to meet and confer as contemplated by Rule 26 and Local Rule 240(b).

It is therefore ORDERED that the August 4, 2016 initial scheduling conference is vacated and reset for September 1, 2016 at 2:30 p.m. The parties shall file a joint status report within seven (7) days prior to the scheduling conference. The parties are cautioned that requests

1

for continuance of scheduling conferences are not favored and will not be granted in the absence of a true emergency.

        IT IS SO ORDERED.

DATED: August 3, 2016

_____
UNITED STATES DISTRICT JUDGE