1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
3  JOSHUA N. SONDHEIMER, State Bar No. 152000
   Deputy Attorney General
4  HADARA R. STANTON, State Bar No. 227040
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5615
    Fax:  (415) 703-5480
7   E-mail:  Joshua.Sondheimer@doj.ca.gov
   *Attorneys for Defendant Michelle Rouillard, in her*
8  *official capacity as Director of the California*
   *Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT [L.R. 144(a)]** |

1       Pursuant to Local Rule 144(a), Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care (Director), by and through their attorneys of record, agree and STIPULATE that the time for the Director to answer or otherwise respond to Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief, served through the Court's electronic filing system on August 1, 2016, may be and is hereby extended by 16 days, up to and including August 31, 2016.

      IT IS SO STIPULATED.

Dated: August 5, 2016

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General


/s/ *Joshua Sondheimer*
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendant Michelle Rouillard*


Dated: August 5, 2016           ALLIANCE DEFENDING FREEDOM


/s/ *Jeremiah Galus* (as authorized on 8/5/16)
JEREMIAH GALUS (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org
*Attorneys for Plaintiffs Foothill Church,
Calvary Chapel Chino Hills, and Shepherd
of the Hills Church*

SF2015403026
20881773.doc

1

STIP. EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT (CV-02165-KJM-EFB)