Kevin Theriot (Arizona Bar No. 030446)*
Erik Stanley (Arizona Bar No. 030961)*
Jeremiah Galus (Arizona Bar No. 030469)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
ktheriot@ADFlegal.org
estanley@ADFlegal.org
jgalus@ADFlegal.org

Casey Mattox (Virginia Bar No. 47148)*
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
cmattox@ADFlegal.org

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| FOOTHILL CHURCH, CALVARY CHAPEL CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,<br><br>          Plaintiffs,<br><br>vs.<br><br>MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care.<br><br>          Defendant. | Case No. 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Dept:          Courtroom 3, 15th Fl.<br>Judge:         Hon. Kimberly J. Mueller |

1    Pursuant to Local Rule 230(f), Plaintiffs Foothill Church, Calvary Chapel Chino Hills,
2    and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as
3    Director of the California Department of Managed Health Care (Director), by and through their
4    attorneys, submit this stipulated request to continue the November 4, 2016, hearing date on
5    Defendant's Motion to Dismiss to November 18, 2016. Counsel for the parties have conferred on
6    this matter and, in support of this joint request, hereby STIPULATE and AGREE as follows:
7        1.    Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint on
8    August 31, 2016 (ECF No. 47), and selected a hearing date of October 7, 2016.
9        2.    Plaintiffs filed their Opposition to Defendant's Motion to Dismiss on September
10   23, 2016 (ECF No. 54), and Defendant filed her Reply on September 30, 2016 (ECF No. 56).
11       3.    On October 4, 2016, the Court, on its own motion, vacated the October 7, 2016,
12   hearing date and reset it for November 4, 2016.
13       4.    However, the new hearing date of November 4, 2016, presents a scheduling
14   conflict for Plaintiffs' counsel. Counsel for the parties wish to accommodate this conflict by
15   continuing the hearing to the next available motion date on this Court's calendar, which at the
16   time of this request is November 18, 2016.
17       5.    Accordingly, the parties respectfully request that the Court vacate the November
18   4, 2016, hearing date and reset it for November 18, 2016 at 10:00 a.m.

19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motion to Dismiss

1   Respectfully submitted,

2   Dated:  October 6, 2016                      */s/ Jeremiah Galus*
                                                 Jeremiah Galus (admitted pro hac vice)
3                                                ALLIANCE DEFENDING FREEDOM
                                                 15100 N. 90th Street
4                                                Scottsdale, AZ 85260
5                                                (480) 444-0020
                                                 jgalus@ADFlegal.org
6                                                *Attorney for Plaintiffs Foothill Church, Calvary*
                                                 *Chapel Chino Hills, and Shepherd of the Hills*
7                                                *Church*

8

9

10  Dated:   October 6, 2016                     KAMALA D. HARRIS
                                                 Attorney General of California
11                                               SUSAN M. CARSON
                                                 Supervising Deputy Attorney General
12

13

14                                               */s/ Joshua Sondheimer* (as authorized on 10/6/16)
                                                 JOSHUA N. SONDHEIMER
15                                               Deputy Attorney General
                                                 *Attorneys for Defendant Michelle Rouillard, in her*
16                                               *official capacity as Director of the California*
                                                 *Department of Managed Health Care*

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motion to Dismiss

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation to Continue the Hearing on Defendant's Motion to Dismiss, and good cause appearing, the hearing on Defendant's Motion to Dismiss is continued to November 18, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Date:

_____
KIMBERLY J. MUELLER
United States District Judge

Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motion to Dismiss