UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH, Plaintiffs, v. MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care, Defendants. | No: 2:15-CV-02165-KJM-EFB <br><br> SECOND AMENDMENT TO THE SCHEDULING ORDER |
|---|---|

The parties jointly request (ECF No. 64) to amend dates in the pretrial scheduling order (ECF No. 51). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date (*See* ECF No. 63) | New Date |
|---|---|---|
| Discovery Cutoff | August 31, 2017 | November 30, 2017 |
| Expert Disclosures | September 15, 2017 | December 15, 2017 |
| Supplemental Expert Disclosures | October 6, 2017 | January 31, 2018 |
| Completion of Expert Discovery | November 3, 2017 | March 2, 2018 |
| Hearing on Dispositive Motions (10:00 a.m.) | December 22, 2017 | April 20, 2018 |
| File Joint Pretrial Conference Statement | April 20, 2018 | July 20, 2018 |

1

| Final Pretrial Conference (10:00 a.m.) | May 11, 2018 | August 10, 2018 |
| Trial Briefs Due | June 8, 2018 | September 10, 2018 |
| Trial (9:00 a.m.) | June 25, 2018 | October 1, 2018 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 51).

        IT IS SO ORDERED.

DATED: May 18, 2017.

                                            UNITED STATES DISTRICT JUDGE