Erik Stanley (Arizona Bar No. 030961)*
Kevin Theriot (Arizona Bar No. 030446)*
Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
estanley@ADFlegal.org
ktheriot@ADFlegal.org
jgalus@ADFlegal.org

Casey Mattox (Virginia Bar No. 47148)*
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
cmattox@ADFlegal.org

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Dept: Courtroom 3, 15th Fl.<br>Judge: Hon. Kimberly J. Mueller |

Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care (Director), by and through their attorneys of record, stipulate and apply to modify the Status (Pretrial Scheduling) Order consistent with the provision of the Scheduling Order that intended discovery to proceed after a ruling on the Director's Motion to Dismiss Plaintiffs' First Amended Complaint, which has not yet been issued by the Court.

In support of this application, the parties state that WHEREAS:

1. Plaintiffs filed their Complaint on October 16, 2015, and the Court granted the Director's Motion to Dismiss the Complaint on July 11, 2016, with leave to amend two of Plaintiffs' claims (ECF No. 39);

2. Plaintiffs filed a First Amended Complaint on August 1, 2016 (ECF No. 42), and the Director moved to dismiss the First Amended Complaint on August 31, 2016 (ECF No. 47);

3. On September 1, 2016, the Court held an initial scheduling conference, and issued a Status (Pretrial Scheduling) Order on September 14, 2016 (ECF No. 51) (Scheduling Order);

4. The hearing on the Director's Motion to Dismiss Plaintiffs' First Amended Complaint (Motion to Dismiss) was initially set for October 7, 2016, and was continued on the Court's own motion to November 4, 2016 (ECF No. 57), and then to November 18, 2016 by the Court pursuant to the parties' stipulation in light of a scheduling conflict for Plaintiffs' counsel (ECF No. 59);

5. On November 15, 2016, the Court vacated the November 18, 2016 hearing on the Director's Motion to Dismiss and deemed the motion submitted without argument (ECF No. 61);

6. In the Scheduling Order, the Court stayed the requirement to make initial disclosures until December 7, 2016 "to allow for the court's hearing defendant's motion to dismiss and issuing an order thereon." (ECF No. 51, at 2);

7. The parties have made initial disclosures and served written discovery, but believe that, consistent with intent of the Scheduling Order, it would serve the interests of economy and efficiency to modify the Scheduling Order so that service of responses to written discovery, and

any deposition and expert discovery, need not proceed until after the Court's anticipated ruling on the Director's Motion to Dismiss;

8. Consistent with the above, the parties agree that if the case schedule is modified as requested below, the deadlines for responses to pending written discovery may be extended until 90 days before the deadline for the close of discovery, and that they will not pursue further discovery until after the Court's ruling on the Director's Motion to Dismiss or 120 days before the close of discovery, whichever is earlier;

9. On February 17, 2017, the parties submitted a Stipulation and [Proposed] Order to Modify the Scheduling Order for the reasons set forth above (ECF No. 62);

10. On March 1, 2017, the Court entered an Order modifying the dates and deadlines set forth in the Scheduling Order (ECF No. 63);

11. Having received no ruling on the Director's Motion to Dismiss, the parties submitted another Stipulation and [Proposed] Order to Modify the Scheduling Order on May 10, 2017, asking the Court to stay the relevant dates and deadlines until a ruling on the Director's Motion to Dismiss or, alternatively, to adjust the dates and deadlines so that service of responses to written discovery, and any deposition or expert discovery, would not proceed until after the Court's anticipated ruling (ECF No. 64);

12. On May 19, 2017, the Court issued a Second Amendment to the Scheduling Order, adjusting the dates and deadlines set forth in the Scheduling Order (ECF No. 65);

13. Pursuant to agreement of the parties, the Second Amendment to the Scheduling Order extended the deadline for responding to pending written discovery until September 1, 2017 (*see* ECF No. 64, at ¶ 8); and

14. The Court has not yet issued an order on the Director's Motion to Dismiss.

WHEREFORE, the parties STIPULATE that:

1. In light of the above, good cause exists to modify the case schedule to extend the time for discovery and to adjust other case deadlines accordingly;

2. The case schedule shall, upon the Court's order, be modified as follows:

1         a.     To avoid need for any further requests to modify the case schedule pending the Court's ruling on the motion to dismiss, the dates and deadlines set forth in the Second Amendment to the Scheduling Order (ECF No. 65) shall be stayed until issuance of the order on the Director's Motion to Dismiss. If the Court denies the Director's motion in whole or part, the close of discovery shall be 120 days from the date of the Court's order denying the Director's motion to dismiss; the parties shall meet and confer regarding the case schedule and, within 14 court days of the Court's order, shall submit a proposed case schedule to the Court for approval.

        b.     In the alternative, the deadlines in the Scheduling Order shall be adjusted in relation to the dates and time periods following the close of discovery set forth in the current Scheduling Order, as follows:

| Description | Existing Date (*See* ECF No. 65) | New Date |
|---|---|---|
| Discovery Cutoff | November 30, 2017 | March 2, 2018 |
| Expert Disclosures | December 15, 2017 | March 16, 2018 |
| Supplemental Expert Disclosures | January 31, 2018 | May 1, 2018 |
| Completion of Expert Discovery | March 2, 2018 | June 1, 2018 |
| Hearing on Dispositive Motions | April 20, 2018 | July 20, 2018 |
| File Joint Pretrial Conference Statement | July 20, 2018 | December 14, 2018 |
| Final Pretrial Conference | August 10, 2018 | January 11, 2019 |
| Trial Briefs Due | September 10, 2018 | February 11, 2019 |
| Trial | October 1, 2018 | March 4, 2019 |

IT IS SO STIPULATED.

        Respectfully submitted,

| | |
|---|---|
| Dated: August 8, 2017 | ALLIANCE DEFENDING FREEDOM |
| | |
| | */s/ Jeremiah Galus*<br>JEREMIAH GALUS (admitted pro hac vice)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>jgalus@ADFlegal.org<br>*Attorneys for Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church* |
| Dated: August 8, 2017 | XAVIER BECERRA<br>Attorney General of California<br>SUSAN M. CARSON<br>Supervising Deputy Attorney General |
| | /s/ *Joshua Sondheimer* (as authorized on 8/8/17)<br>JOSHUA N. SONDHEIMER<br>Deputy Attorney General<br>*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care* |

# ORDER

Upon stipulation of the parties, and good cause appearing, the court hereby modifies the dates and deadlines set forth in the Second Amendment to the Scheduling Order (ECF No. 65) as follows:

The deadlines in the Second Amendment to the Scheduling Order shall be adjusted in relation to the dates and time periods following the close of discovery set forth in the current Scheduling Order, as follows:

| Description | Existing Date (*See* ECF No. 65) | New Date |
|---|---|---|
| Discovery Cutoff | November 30, 2017 | March 2, 2018 |
| Expert Disclosures | December 15, 2017 | March 16, 2018 |
| Supplemental Expert Disclosures | January 31, 2018 | May 1, 2018 |
| Completion of Expert Discovery | March 2, 2018 | June 1, 2018 |
| Hearing on Dispositive Motions | April 20, 2018 | July 13, 2018 |
| File Joint Pretrial Conference Statement | July 20, 2018 | Vacated. To be reset after court resolves any dispositive motions. |
| Final Pretrial Conference | August 10, 2018 | Vacated. To be reset after court resolves any dispositive motions. |
| Trial Briefs Due | September 10, 2018 | Vacated. To be reset after court resolves any dispositive motions. |
| Trial | October 1, 2018 | Vacated. To be reset after court resolves any dispositive motions. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 51).

IT IS SO ORDERED

DATED: August 11, 2017.

_____
UNITED STATES DISTRICT JUDGE