Erik Stanley (Arizona Bar No. 030961)*
Kevin Theriot (Arizona Bar No. 030446)*
Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
estanley@ADFlegal.org
ktheriot@ADFlegal.org
jgalus@ADFlegal.org

Casey Mattox (Virginia Bar No. 47148)*
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
cmattox@ADFlegal.org

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>Dept: Courtroom 3, 15th Fl.<br>Judge: Hon. Kimberly J. Mueller |

Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care, by and through their attorneys of record, submit this stipulated request to extend the time for Plaintiffs to file an amended complaint. Counsel for the parties have conferred on this matter and, in support of this joint request, hereby STIPULATE and AGREE as follows:

1. On September 1, 2017, the Court granted Defendant's motion to dismiss Plaintiffs' first amended complaint for failure to state a claim. The Court granted Plaintiffs leave to amend and ordered that Plaintiffs file an amended complaint, if any, within 21 days (ECF No. 68);

2. Plaintiffs' counsel has advised counsel for Defendant that they have competing litigation demands in other cases over the next several weeks and that Plaintiffs have thus determined that it is necessary to request an extension of time to file any second amended complaint in this case; and

3. Defendant's counsel has agreed to Plaintiffs' request for an additional 30 days to file any second amended complaint, thereby extending the time to file a second amended complaint to October 23, 2017.

Respectfully submitted,

Dated: September 5, 2017                    ALLIANCE DEFENDING FREEDOM

*/s/ Jeremiah Galus*
JEREMIAH GALUS (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org
*Attorneys for Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church*

| | | |
|---|---|---|
| Dated: September 5, 2017 | | XAVIER BECERRA<br>Attorney General of California<br>SUSAN M. CARSON<br>Supervising Deputy Attorney General |
| | | |
| | | /s/ *Joshua Sondheimer* (as authorized on 9/5/17)<br>JOSHUA N. SONDHEIMER<br>Deputy Attorney General<br>*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care* |

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby grants Plaintiffs an additional 30 days to file any amended complaint, extending the time to file to October 23, 2017.

IT IS SO ORDERED

DATED: September 11, 2017.

_____
UNITED STATES DISTRICT JUDGE