1. XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2. SUSAN M. CARSON, State Bar No. 135875
   Supervising Deputy Attorney General
3. JOSHUA N. SONDHEIMER, State Bar No. 152000
   Deputy Attorney General
4.  455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5.  Telephone:  (415) 703-5615
    Fax:  (415) 703-5480
6.  E-mail:  Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MODIFYING CASE SCHEDULE** |

Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care (Director), and Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, by and through their attorneys of record, stipulate to and apply for an order extending the Director's time to answer or otherwise respond to Plaintiffs' Second Amended Complaint for Injunctive and Declaratory Relief (Second Amended Complaint), setting a briefing and hearing schedule on the Director's anticipated motion to dismiss the Second Amended Complaint, and the modifying the previous Order amending the Scheduling Order (ECF No. 67).

In support of this application, the parties state that WHEREAS:

1. The Court has granted the Director's motions to dismiss Plaintiffs' initial Complaint and a First Amended Complaint, with leave to amend (ECF Nos. 39 and 68);

2. Plaintiffs filed a Second Amended Complaint on October 23, 2017 (ECF 72);

3. The Director anticipates moving to dismiss Plaintiffs' Second Amended Complaint, and the parties wish to establish a mutually agreeable schedule for briefing and hearing on the anticipated motion;

4. The parties have made initial disclosures and served written discovery, but believe that consistent with the Court's previous orders continuing discovery and other pretrial deadlines while the Director's prior motions to dismiss remained pending (see ECF Nos. 63, 65, and 67), it would be efficient and economical for both the Court and parties to further modify the Scheduling Order so that service of responses to written discovery and other discovery need not proceed until after the Court rules on the Director's anticipated motion to dismiss Plaintiffs' Second Amended Complaint;

5. Consistent with the above and their prior stipulations, the parties agree that if the case schedule is modified as requested below, the deadlines for responses to pending written discovery may be extended until 90 days before the deadline for the close of discovery, and that they will not pursue further discovery until after the Court's ruling on the Director's anticipated motion to dismiss or 120 days before the close of discovery, whichever is earlier;

WHEREFORE, the parties STIPULATE that upon the Court's order:

6. The Director's deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint, and briefing and hearing on the Director's anticipated motion to dismiss Plaintiffs' Second Amended Complaint, shall be set as follows:

- December 6, 2017: Motion to Dismiss or other response due;
- January 5, 2018: Opposition to Motion to Dismiss due;
- January 26, 2018: Reply re Motion Dismiss due;
- February 9, 2018: Hearing on Motion to Dismiss (or other date set by the Court); and that

7. In light of the above, good cause exists to modify the case schedule to extend the time for discovery and to modify other case deadlines respectively, and that the previous Order amending the Scheduling Order (ECF No. 67) shall be modified as follows:

| Description | Existing Date (*See* ECF No. 67) | New Date |
| --- | --- | --- |
| Discovery Cutoff | March 2, 2018 | August 31, 2018 |
| Expert Disclosures | March 16, 2018 | September 14, 2018 |
| Supplemental Expert Disclosures | May 1, 2018 | October 30, 2018 |
| Completion of Expert Discovery | June 1, 2018 | November 30, 2018 |
| Hearing on Dispositive Motions | July 13, 2018 | January 11, 2019 |
| File Joint Pretrial Conference Statement<br>Final Pretrial Conference<br>Trial Briefs Due<br>Trial | Vacated. To be reset after court resolves any dispositive motions. | Vacated. To be reset after court resolves any dispositive motions. |

//
//
//
//

2

IT IS SO STIPULATED.

Dated: October 31, 2017

XAVIER BECERRA
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

/s/ *Joshua Sondheimer*
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care*

Dated: October 31, 2017

ALLIANCE DEFENDING FREEDOM

*/s/ Jeremiah Galus* (as authorized on 10/31/17)
JEREMIAH GALUS (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org
*Attorneys for Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church*

SF2015403026
41872600.docx

**ORDER**

Upon the stipulation of the parties, and good cause appearing:

1.  The Director's deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint, and briefing and hearing on the Director's anticipated motion to dismiss Plaintiffs' Second Amended Complaint, are set as follows:

- December 6, 2017: Motion to Dismiss or other response due;
- January 5, 2018: Opposition to Motion to Dismiss due;
- January 26, 2018: Reply re Motion Dismiss due;
- February 9, 2018: Hearing on Motion to Dismiss.

2.  The previous Order amending the Scheduling Order (ECF No. 67) shall be modified as follows:

| Description | Existing Date (*See* ECF No. 67) | New Date |
|---|---|---|
| Discovery Cutoff | March 2, 2018 | August 31, 2018 |
| Expert Disclosures | March 16, 2018 | September 14, 2018 |
| Supplemental Expert Disclosures | May 1, 2018 | October 30, 2018 |
| Completion of Expert Discovery | June 1, 2018 | November 30, 2018 |
| Hearing on Dispositive Motions | July 13, 2018 | January 11, 2019 |
| File Joint Pretrial Conference Statement<br>Final Pretrial Conference<br>Trial Briefs Due<br>Trial Briefs Due | Vacated. To be reset after court resolves any dispositive motions. | Vacated. To be reset after court resolves any dispositive motions. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 51).

IT IS SO ORDERED.

DATED: November 7, 2017.

_____
UNITED STATES DISTRICT JUDGE