Erik Stanley (Arizona Bar No. 030961)*
Kevin Theriot (Arizona Bar No. 030446)*
Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
estanley@ADFlegal.org
ktheriot@ADFlegal.org
jgalus@ADFlegal.org

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com
*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHELLE ROUILLARD, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Dept:     Courtroom 3, 15th Fl.<br>Judge:   Hon. Kimberly J. Mueller |

Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care (Director), by and through their attorneys of record, stipulate and apply to modify the Status (Pretrial Scheduling) Order consistent with the provision of the Scheduling Order that intended discovery to proceed after a ruling on the Director's Motion to Dismiss Plaintiffs' Second Amended Complaint, which has not yet been issued by the Court.

In support of this application, the parties state that WHEREAS:

1. The Court has granted the Director's motions to dismiss Plaintiffs' initial Complaint and First Amended Complaint, with leave to amend (ECF Nos. 39 and 68);

2. Plaintiffs filed a Second Amended Complaint on October 23, 2017 (ECF No. 72);

3. The Director filed a Motion to Dismiss Plaintiffs' Second Amended Complaint (Motion to Dismiss) on December 6, 2017, and a hearing on that motion was scheduled for February 9, 2018;

4. On February 2, 2018, the Court vacated the February 9, 2018 hearing and deemed the Motion to Dismiss submitted without argument (ECF No. 80);

5. The parties have made initial disclosures and served written discovery. Under the current scheduling order, responses to written discovery are due November 30, 2018. (*See* ECF No. 83 at ¶ 7).

6. The parties agree that, consistent with the Court's previous orders continuing discovery and other pretrial deadlines while the Director's earlier motions to dismiss remained pending (*see* ECF Nos. 63, 65, 67, 74, and 83), it would be efficient and economical for both the Court and parties to further modify the scheduling order so that service of responses to written discovery and other discovery need not proceed until after the Court rules on the Director's motion to dismiss Plaintiffs' Second Amended Complaint;

7. Consistent with the above, the parties agree that if the case schedule is modified as requested below, the deadlines for responses to pending written discovery may be extended until 90 days before the deadline for the close of discovery, and that they will not pursue further

1

discovery until after the Court's ruling on the Director's Motion to Dismiss or 120 days before the close of discovery, whichever is earlier;

WHEREFORE, the parties STIPULATE that:

1. In light of the above, good cause exists to modify the case schedule to extend the time for discovery and to adjust other case deadlines accordingly.

2. The previous Order amending the Scheduling Order (ECF No. 83) shall, upon the Court's order, be modified as follows:

| Description | Existing Date (*See* ECF No. 83) | New Date |
|---|---|---|
| Discovery Cutoff | March 1, 2019 | August 30, 2019 |
| Expert Disclosures | March 15, 2019 | September 13, 2019 |
| Supplemental Expert Disclosures | April 29, 2019 | October 25, 2019 |
| Completion of Expert Discovery | May 31, 2019 | November 27, 2019 |
| Hearing on Dispositive Motions | July 12, 2019 at 10 a.m. | January 17, 2020 at 10 a.m. |
| Joint Pretrial Conference Statement Final Pretrial Conference Trial Briefs Due Trial | Vacated. To be reset after court resolves any dispositive motions. | Vacated. To be reset after court resolves any dispositive motions. |

IT IS SO STIPULATED.

Dated: November 27, 2018

Respectfully submitted,
ALLIANCE DEFENDING FREEDOM

*/s/ Jeremiah Galus*
JEREMIAH GALUS (admitted pro hac vice)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org
*Attorneys for Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church*

Dated: November 27, 2018

XAVIER BECERRA
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General

/s/ *Joshua Sondheimer* (as authorized on 11/27/18)
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendant Michelle Rouillard, in her official capacity as Director of the California Department of Managed Health Care*

3

**ORDER**

Upon stipulation of the parties, and good cause appearing, the previous Order amending the

Scheduling Order (ECF No. 83) shall be modified as follows:

| Description | Existing Date (*See* ECF No. 83) | New Date |
|---|---|---|
| Discovery Cutoff | March 1, 2019 | August 30, 2019 |
| Expert Disclosures | March 15, 2019 | September 13, 2019 |
| Supplemental Expert Disclosures | April 29, 2019 | October 25, 2019 |
| Completion of Expert Discovery | May 31, 2019 | November 27, 2019 |
| Hearing on Dispositive Motions | July 12, 2019 at 10 a.m. | January 17, 2020 at 10 a.m. |
| Joint Pretrial Conference Statement Final Pretrial Conference Trial Briefs Due Trial | Vacated. To be reset after court resolves any dispositive motions. | Vacated. To be reset after court resolves any dispositive motions. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 51).

IT IS SO ORDERED

DATED: December 3, 2018.

_____
UNITED STATES DISTRICT JUDGE