

United States District Court
Eastern District of California

Foothill Church, et al.
Plaintiff(s)

v.

Rouillard
Defendant(s)

Case Number: 2:15-cv-02165

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jacob E. Reed hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Foothill Church, Calvary Chapel Chino Hills, Shepherd of the Hills Church

On 11/12/2019 (date), I was admitted to practice and presently in good standing in the Ohio Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/13/2021    Signature of Applicant: /s/ Jacob E. Reed

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jacob E. Reed |
| Law Firm Name: | Alliance Defending Freedom |
| Address: | 20116 Ashbrook Place |
| | Suite 250 |
| City: | Ashburn   State: VA   Zip: 20147 |
| Phone Number w/Area Code: | (571) 707-4655 |
| City and State of Residence: | Stephenson, VA |
| Primary E-mail Address: | jreed@ADFlegal.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alexander M. Medina |
| Law Firm Name: | Medina McKelvey LLP |
| Address: | 925 Highland Pointe Dr. |
| | Suite 300 |
| City: | Roseville   State: CA   Zip: 95678 |
| Phone Number w/Area Code: | (916) 960-2211   Bar # 222015 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jacob Ethan Reed**
Attorney Registration No. **0099020**

was admitted to the practice of law in Ohio on November 12, 2019; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of February, 2021.

<u>GINA WHITE PALMER</u>
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-02-25-1
Verify by email at GoodStandingRequests@sc.ohio.gov