Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
jreed@ADFlegal.org

*Admitted pro hac vice

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,** | 2:15-CV-02165-KJM-EFB |
| Plaintiffs, | **STIPULATION and PROPOSED ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| v. | |
| **MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,** | Dept:   Courtroom 3, 15th Fl.<br>Judge:  Hon. Kimberly J. Mueller |
| Defendant. | |

Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church, and Defendant Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care (collectively "the Parties"), submit this Stipulation pursuant to Local Rule 143, and request the Court approve of same and enter an Order setting forth the Parties' requested briefing schedule, as set forth below.

## Introduction and Background

1. On July 19, 2021, the Ninth Circuit vacated this Court's rulings on the Free Exercise and Equal Protection claims and remanded for further consideration in light of *Fulton v. City of Philadelphia*, 141 S. Ct. 1868 (2021). *Foothill Church v. Watanabe*, 3 F. 4th 1201 (9th Cir. 2021); *see also* ECF No. 86. The Ninth Circuit affirmed dismissal of Plaintiffs' Establishment Clause claim in a concurrently filed memorandum. *Foothill Church v. Watanabe*, 854 F. App'x 174 (9th Cir. 2021).

2. On October 15, 2021, the Parties filed a Joint Status Report summarizing the case thus far. The Joint Status Report proposed a case schedule, which included deadlines for discovery and a hearing date for motions for summary judgment. ECF No. 100.

3. The Court held a Scheduling Conference on November 4, 2021, where it adopted the Parties' proposed case schedule and ordered the same. *See* ECF No. 101. Pursuant to that Order, the Parties were to complete discovery by May 30, 2022, and all dispositive motions were to be heard by July 29, 2022. *Id.*

4. The Parties exchanged initial disclosures on November 18, 2021, as ordered by the Court in the Scheduling Conference Order. *Id.*

5. Defendant Answered Plaintiff's Second Amended Complaint on November 19, 2021. *See* ECF No. 104.

6. In the Joint Status Report, the Parties "agreed that they intend to discuss ways to streamline discovery, including the possibility of stipulating to certain facts, which may result in the filing of early summary judgment motions." ECF No. 100 ¶ 15.

7. The Parties have had such discussions and have agreed to a plan to avoid further discovery and to expedite summary judgment briefing.

**Avoidance of Unnecessary Discovery**

8. The Court is likely aware of a similar case pending in the Southern District of California: *Skyline Wesleyan Church v. California Department of Managed Healthcare, et al.*, Case No. 3:16-cv-00501-LL-MSB (S.D. Cal.).

9. *Skyline* involves similar legal challenges as Plaintiffs bring here. Plaintiffs' counsel here also represents plaintiff Skyline Church in that case. And Defendant's counsel here also represents the defendants in that case.

10. The parties in *Skyline* have completed discovery. The DMHC answered interrogatories, produced documents, and relevant state officials were deposed.

11. Because discovery has been completed in *Skyline*, the Parties stipulate and agree they will use those discovery materials in moving for (and briefing) summary judgment motions here.

12. The Parties stipulate and agree that this case primarily involves a question of law and can be resolved by dispositive motions without the need for additional discovery.

13. The Parties agree that setting a summary judgment briefing schedule would serve the interests of the Court and the Parties, and would best facilitate the "just, speedy, and inexpensive" resolution of this case. Fed. R. Civ. P. 1.

14. Accordingly, the Parties respectfully ask this Court to enter an Order setting forth a summary judgment briefing schedule, as requested by the Parties below:

**Proposed Briefing Schedule**

Consistent with the above, the Parties have conferred and propose the following dates and deadlines and ask the Court to Order a Briefing Schedule reflecting the same:

| Description | Date |
| --- | --- |
| Initial Motions for Summary Judgment & Statements of Undisputed Facts | April 1, 2022 |
| Responses in Opposition | April 29, 2022 |
| Replies in Support | May 13, 2022 |
| Hearing on Summary Judgment Motions | June 10, 2022 (or any other date selected by the Court) |

1
2  Respectfully submitted,
3
4   Dated:  January 4, 2022                    ALLIANCE DEFENDING FREEDOM
5
6                                              */s/ Jacob E. Reed*
                                               JACOB E. REED (admitted pro hac vice)
7                                              ALLIANCE DEFENDING FREEDOM
                                               44180 Riverside Parkway
8                                              Lansdowne, VA 20176
                                               (571) 707-4655
9                                              jreed@ADFlegal.org
                                               *Attorney for Plaintiffs Foothill Church, Calvary*
10                                             *Chapel Chino Hills, and Shepherd of the Hills*
                                               *Church*
11
12
     Dated:  January 4, 2022                    ROB BONTA
13                                              Attorney General of California
                                                KARLI EISENBERG
14                                              Supervising Deputy Attorney General
15                                              */s/ Hayley Penan (via email approval 1/3/2022)*
                                                HAYLEY PENAN
16                                              Deputy Attorney General
                                                *Attorneys for Defendant Mary Watanabe, in*
17                                              *her official capacity as Director of the*
                                                *California Department of Managed Health*
18                                              *Care*
19
20
21
22
23
24
25
26
27
28