Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
jreed@ADFlegal.org

*Admitted pro hac vice

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**ORDER**<br><br>Dept:     Courtroom 3, 15th Fl.<br>Judge:    Hon. Kimberly J. Mueller |

Before the Court is the Parties' Stipulation and Request for an Order setting forth a Summary Judgment Briefing Schedule, filed pursuant to Local Rule 143. *See* ECF No. 105. Upon considering the Parties' Stipulation and Request, and for good cause shown, the Court endorses the Parties' Stipulation and orders the following Summary Judgment Briefing Schedule:

| Description | Date |
| --- | --- |
| Initial Motions for Summary Judgment & Statements of Undisputed Facts | April 1, 2022 |
| Responses in Opposition | April 29, 2022 |
| Replies in Support | May 13, 2022 |
| Hearing on Summary Judgment Motions | June 17, 2022 |

IT IS SO ORDERED.

DATED:  February 4, 2022.

CHIEF UNITED STATES DISTRICT JUDGE