Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
jreed@ADFlegal.org

Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

*Admitted pro hac vice

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Dept: Courtroom 3, 15th Fl.<br>Judge: Hon. Kimberly J. Mueller<br>Hearing: June 17, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on June 17, 2022, or as soon thereafter as the matter may be heard before the Honorable Chief Judge Kimberly J. Mueller of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, Plaintiffs Foothill Church, Calvary Chapel Chino Hills, and Shepherd of the Hills Church ("the Churches"), will and hereby do move for summary judgment pursuant to Local Rule 260 and FED. R. CIV. P. 56. By way of this motion, the Churches respectfully request this Court to enter summary judgment in their favor on all their remaining claims, as further specified in the attached Memorandum of Points and Authorities.

The undisputed material facts establish that the Churches are entitled to summary judgment because Defendant has substantially burdened the Churches' religious exercise by forcing them to provide elective abortion coverage in their employee healthcare plans. This coverage requirement is neither neutral nor generally applicable and cannot survive strict scrutiny. Moreover, by applying the coverage requirement to the Churches' healthcare plans, Defendant has interfered with the Churches' internal autonomy in violation of the First Amendment. Finally, Defendant's coverage requirement as applied to the Churches violates the Equal Protection Clause of the Fourteenth Amendment.

Pursuant to Chief Judge Mueller's Civil Standing Order, the Churches also certify that their undersigned counsel met and conferred with Defendant's counsel on March 15, 2022. The parties concluded that filing motions for summary judgment is the best path forward in this case and discussed the issues to be briefed in said motions.

This motion is further supported by the attached Memorandum of Points and Authorities; a Statement of Undisputed Material Facts; the Declarations of Pastor Chris Lewis, Pastor Dudley Rutherford, Pastor Jack Hibbs, and Jeremiah Galus, and all the exhibits attached thereto; the pleadings previously filed with this Court in this matter; and any other evidence as may be requested or permitted by the Court.

Dated:  April 1, 2022		Respectfully submitted,

/s/ *Jacob E. Reed*
Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4718
jreed@ADFlegal.org

Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com

*Admitted *pro hac vice*

*ATTORNEYS FOR PLAINTIFF*

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, service of the following documents was made by way of the CM/ECF system:

- Plaintiffs' Notice of Motion and Motion for Summary Judgment;
- Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment;
- Plaintiffs' Statement of Undisputed Material Facts;
- Declaration of Chris Lewis in Support of Plaintiffs' Motion for Summary Judgment, and the exhibits thereto;
- Declaration of Dudley Rutherford in Support of Plaintiffs' Motion for Summary Judgment, and the exhibits thereto;
- Declaration of Jack Hibbs in Support of Plaintiffs' Motion for Summary Judgment, and the exhibits thereto; and
- Declaration of Jeremiah Galus in Support of Plaintiffs' Motion for Summary Judgment, and the exhibits thereto.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 1, 2022  /s/ *Jacob E. Reed*
Jacob E. Reed
*Attorney for Plaintiff*