

United States District Court
Eastern District of California

| Foothill Church, et al. | Case Number: 2:15-cv-02165-KJM-EFB |
|---|---|

Plaintiff(s)

V.

| Mary Watanabe, in her official capacity | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Audrey Beck hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Proposed amicus curiae The California Catholic Conference

On 01/21/2021 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/08/2022        Signature of Applicant: /s/ Audrey Beck

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Audrey Beck |
| Law Firm Name: | JONES DAY |
| Address: | 51 Louisiana Ave, NW |
| City: | Washington   State: DC   Zip: 20001 |
| Phone Number w/Area Code: | (202) 879-3626 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | abeck@jonesday.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric C. Rassbach |
| Law Firm Name: | The Hugh & Hazel Darling Foundation Religious Liberty Clinic |
| Address: | Pepperdine Caruso School of Law |
| | 24255 Pacific Coast Hwy. |
| City: | Malibu   State: CA   Zip: 90263 |
| Phone Number w/Area Code: | (310) 506-4611   Bar #: CA 288041 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

Eric C. Rassbach (California Bar No. 288041)*
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
eric.rassbach@pepperdine.edu
Telephone: (310) 506-4611

Noel J. Francisco (*pro hac vice* forthcoming)*
Megan Lacy Owen (*pro hac vice* forthcoming)
Audrey Beck (*pro hac vice* forthcoming)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
njfrancisco@jonesday.com
Telephone: (202) 879-3939

Kelly C. Holt (*pro hac vice* forthcoming)
JONES DAY
250 Vesey St.
New York, NY 10281
Telephone: (212) 326-3939

*Designated Counsel for Service

*Attorneys for Amicus Curiae*
*The California Catholic Conference*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FOOTHILL CHURCH; CALVARY CHAPEL CHINO HILLS; SHEPHERD OF THE HILLS CHURCH**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MARY WATANABE**, in her official capacity as Director of the California Department of Managed Health Care,<br><br>*Defendant*. | Case No. 2:15-cv-02165-KJM-EFB<br><br>**DECLARATION OF AUDREY BECK, ESQ.** |

I, Audrey Beck, declare as follows:

1. I am an associate with the law firm Jones Day in its Washington, D.C. office. I make this declaration in support of the accompanying application for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

2. My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001. My business telephone number is (202) 879-3626 and my business fax is (202) 626-1700. My email address is abeck@jonesday.com.

3. I am a member in good standing of the Bar of the District of Columbia, to which I was admitted on January 21, 2021.

4. I was admitted to practice before the United States Court of Appeals for the Sixth Circuit on June 13, 2018.

5. I am a member in good standing of the Bar of the State of Ohio, to which I was admitted on November 13, 2017.

6. I am not currently suspended or disbarred in any court.

7. I know and will comply with all applicable local rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022

By: */s/ Audrey Beck*
    Audrey Beck



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Audrey Beck*

was duly qualified and admitted on January 21, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 4, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.