

United States District Court
Eastern District of California

| Foothill Church, et al. | |
|---|---|
| Plaintiff(s) | |

Case Number: 2:15-cv-02165-KJM-EFB

V.

| Mary Watanabe, in her official capacity | |
|---|---|
| Defendant(s) | |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Noel J. Francisco hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Proposed amicus curiae The California Catholic Conference

On 10/01/1999 (date), I was admitted to practice and presently in good standing in the District of Columbia; see attached declaration (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/08/2022       Signature of Applicant: /s/ Noel J. Francisco

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Noel J. Francisco |
| Law Firm Name: | Jones Day |
| Address: | 51 Louisiana Ave. NW |
| City: | Washington   State: DC   Zip: 20001 |
| Phone Number w/Area Code: | (202) 879-5485 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | njfrancisco@jonesday.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric C. Rassbach |
| Law Firm Name: | The Hugh and Hazel Darling Foundation Religious Liberty Clinic |
| Address: | Pepperdine Caruso School of Law |
| | 24255 Pacific Coast Hwy. |
| City: | Malibu   State: CA   Zip: 90263 |
| Phone Number w/Area Code: | (310) 506-4611   Bar #: CA 288041 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

Eric C. Rassbach (California Bar No. 288041)*
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
eric.rassbach@pepperdine.edu
Telephone: (310) 506-4611

Noel J. Francisco (*pro hac vice* forthcoming)*
Megan Lacy Owen (*pro hac vice* forthcoming)
Audrey Beck (*pro hac vice* forthcoming)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
njfrancisco@jonesday.com
Telephone: (202) 879-3939

Kelly C. Holt (*pro hac vice* forthcoming)
JONES DAY
250 Vesey St.
New York, NY 10281
Telephone: (212) 326-3939

*Designated Counsel for Service

*Attorneys for Amicus Curiae*
*The California Catholic Conference*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FOOTHILL CHURCH; CALVARY CHAPEL CHINO HILLS; SHEPHERD OF THE HILLS CHURCH**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MARY WATANABE**, in her official capacity as Director of the California Department of Managed Health Care, <br><br> *Defendant*. | Case No. 2:15-cv-02165-KJM-EFB <br><br> **DECLARATION OF NOEL J. FRANCISCO, ESQ.** |

I, Noel J. Francisco, declare as follows:

1. I am a partner in the law firm Jones Day in its Washington, D.C. office. I make this declaration in support of the accompanying application for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

2. My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001. My business telephone number is (202) 879-5485 and my business fax is (202) 626-1700. My email address is njfrancisco@jonesday.com.

3. I am an active member in good standing of the Bar of the District of Columbia, to which I was admitted on October 1, 1999.

4. I was admitted to practice before the Supreme Court of the United States on July 31, 2006.

5. I was admitted to practice before the United States Court of Appeals for the First Circuit on January 17, 2013.

6. I was admitted to practice before the United States Court of Appeals for the Second Circuit on January 26, 2011.

7. I was admitted to practice before the United States Court of Appeals for the Third Circuit on November 13, 2008.

8. I was admitted to practice before the United States Court of Appeals for the Fourth Circuit on May 27, 2011.

9. I was admitted to practice before the United States Court of Appeals for the Sixth Circuit on November 7, 2005.

10. I was admitted to practice before the United States Court of Appeals for the Seventh Circuit on October 13, 2000.

11. I was admitted to practice before the United States Court of Appeals for the Eighth Circuit on August 13, 2015.

12. I was admitted to practice before the United States Court of Appeals for the Ninth Circuit on February 26, 2021.

13. I was admitted to practice before the United States Court of Appeals for

the Tenth Circuit on February 15, 2013.

14.   I was admitted to practice before the United States Court of Appeals for the District of Columbia on January 31, 2011.

15.   I was admitted to practice before the United States District Court for the District of Columbia on May 1, 2006.

16.   I am not currently suspended or disbarred in any court.

17.   I know and will comply with all applicable local rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022

By: */s/ Noel J. Francisco*
      Noel J. Francisco

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

April 8, 2022                                    */s/ Eric C. Rassbach*
                                                 Eric C. Rassbach