

# United States District Court
# Eastern District of California

| Foothill Church, et al. | Case Number: | 2:15-cv-02165-KJM-EFB |
|---|---|---|

Plaintiff(s)

V.

| Mary Watanabe, in her official capacity |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Megan Lacy Owen _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Proposed amicus curiae The California Catholic Conference

On _____05/11/2012_____ (date), I was admitted to practice and presently in good standing in the

District of Columbia; see attached declaration (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____04/08/2022_____          Signature of Applicant: /s/ Megan Lacy Owen _____

**Pro Hac Vice Attorney**

Applicant's Name:      Megan Lacy Owen

Law Firm Name:      Jones Day

Address:      51 Louisiana Ave. NW

City: Washington      State: DC    Zip: 20001

Phone Number w/Area Code: (202) 879-3404

City and State of Residence: Alexandria, VA

Primary E-mail Address: mlacyowen@jonesday.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Eric C. Rassbach

Law Firm Name:      The Hugh and Hazel Darling Foundation Religious Liberty Clinic

Address:      Pepperdine Caruso School of Law

24255 Pacific Coast Hwy.

City: Malibu      State: CA    Zip: 90263

Phone Number w/Area Code: (310) 506-4611      Bar # CA 288041

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 25, 2022

CHIEF UNITED STATES DISTRICT JUDGE

1   Eric C. Rassbach (California Bar No. 288041)*
2   The Hugh and Hazel Darling Foundation
    Religious Liberty Clinic
3   Pepperdine Caruso School of Law
    24255 Pacific Coast Hwy.
4   Malibu, CA 90263
    eric.rassbach@pepperdine.edu
5   Telephone: (310) 506-4611

6
    Noel J. Francisco (*pro hac vice* forthcoming)*
7   Megan Lacy Owen (*pro hac vice* forthcoming)
    Audrey Beck (*pro hac vice* forthcoming)
8   JONES DAY
9   51 Louisiana Ave. N.W.
    Washington, DC 20001
10  njfrancisco@jonesday.com
    Telephone: (202) 879-3939
11
12  Kelly C. Holt (*pro hac vice* forthcoming)
    JONES DAY
13  250 Vesey St.
    New York, NY 10281
14  Telephone: (212) 326-3939

15  *Designated Counsel for Service

16
    *Attorneys for Amicus Curiae*
17  *The California Catholic Conference*

18              UNITED STATES DISTRICT COURT
19             EASTERN DISTRICT OF CALIFORNIA

20  **FOOTHILL CHURCH; CALVARY**          Case No. 2:15-cv-02165-KJM-EFB
    **CHAPEL CHINO HILLS; SHEPHERD**
21  **OF THE HILLS CHURCH**,              **DECLARATION OF MEGAN**
                                          **LACY OWEN, ESQ.**
22
            *Plaintiffs*,
23      *v.*

24
    **MARY WATANABE**, in her official
25  capacity as Director of the California
    Department of Managed Health Care,
26
27          *Defendant*.

28

1        I, Megan Lacy Owen, declare as follows:

2        1.      I am an associate with the law firm Jones Day in its Washington, D.C.

3    office.  I make this declaration in support of the accompanying application for my

4    admission *pro hac vice*.  I have personal knowledge of the facts stated below.

5        2.      My business address is 51 Louisiana Avenue, N.W., Washington, D.C.

6    20001.  My business telephone number is (202) 879-3404 and my business fax is

7    (202) 626-1700.  My email address is mlacyowen@jonesday.com.

8        3.      I am an active member in good standing of the Bar of the District of

9    Columbia, to which I was admitted on May 11, 2012.

10       4.      I was admitted to practice before the United States District Court for the

11   Northern District of Texas on August 9, 2011.

12       5.      I was admitted to practice before the United States Court of Appeals for

13   the Ninth Circuit on July 24, 2014.

14       6.      I was admitted to practice before the United States Court of Appeals for

15   the Seventh Circuit on July 17, 2020.

16       7.      I am not currently suspended or disbarred in any court.

17       8.      I know and will comply with all applicable local rules.

18       I declare under penalty of perjury that the foregoing is true and correct.

19

20   Dated: April 8, 2022
                                    By: */s/ Megan Lacy Owen*
21                                       Megan Lacy Owen

22

23

24

25

26

27

28

Declaration of Megan Lacy Owen in Support of Application for Admission Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


April 8, 2022                                  */s/ Eric C. Rassbach*
                                              Eric C. Rassbach

Declaration of Megan Lacy Owen in Support of Application for Admission Pro Hac Vice