

United States District Court
Eastern District of California

| Foothill Church, et al. | Case Number: 2:15-cv-02165-KJM-EFB |
|---|---|

Plaintiff(s)

V.

| Mary Watanabe, in her official capacity | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kelly Colleen Holt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Proposed amicus curiae The California Catholic Conference

On 07/06/2021 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/08/2022                Signature of Applicant: /s/ Kelly C. Holt

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kelly Colleen Holt |
| Law Firm Name: | Jones Day |
| Address: | 250 Vesey St. |
| City: | New York    State: NY    Zip: 10128 |
| Phone Number w/Area Code: | (212) 326-3951 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | kholt@jonesday.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric C. Rassbach |
| Law Firm Name: | The Hugh and Hazel Darling Foundation Religious Liberty Clinic |
| Address: | Pepperdine Caruso School of Law |
| | 24255 Pacific Coast Hwy. |
| City: | Malibu    State: CA    Zip: 90263 |
| Phone Number w/Area Code: | (310) 506-4611    Bar #: CA 288041 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

Eric C. Rassbach (California Bar No. 288041)*
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
eric.rassbach@pepperdine.edu
Telephone: (310) 506-4611

Noel J. Francisco (*pro hac vice* forthcoming)*
Megan Lacy Owen (*pro hac vice* forthcoming)
Audrey Beck (*pro hac vice* forthcoming)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
njfrancisco@jonesday.com
Telephone: (202) 879-3939

Kelly C. Holt (*pro hac vice* forthcoming)
JONES DAY
250 Vesey St.
New York, NY 10281
Telephone: (212) 326-3939

*Designated Counsel for Service

*Attorneys for Amicus Curiae*
*The California Catholic Conference*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FOOTHILL CHURCH; CALVARY CHAPEL CHINO HILLS; SHEPHERD OF THE HILLS CHURCH**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MARY WATANABE**, in her official capacity as Director of the California Department of Managed Health Care,<br><br>*Defendant*. | Case No. 2:15-cv-02165-KJM-EFB<br><br>**DECLARATION OF KELLY COLLEEN HOLT, ESQ.** |

I, Kelly Colleen Holt, declare as follows:

1. I am an associate with the law firm Jones Day in its New York office. I make this declaration in support of the accompanying application for my admission *pro hac vice*. I have personal knowledge of the facts stated below.

2. My business address is 250 Vesey Street, New York, NY 10281. My business telephone number is (212) 326-3951 and my business fax is (212) 755-7306. My email address is kholt@jonesday.com.

3. I am a member in good standing of the Bar of the State of Massachusetts, to which I was admitted on November 28, 2018.

4. I am a member in good standing of the Bar of the State of New York, to which I was admitted on July 6, 2021.

5. I was admitted to practice before the United States Court of Appeals for the Seventh Circuit on February 8, 2019.

6. I was admitted to practice before the United States Court of Appeals for the Federal Circuit on February 1, 2021.

7. I was admitted to practice before the United States Court of Appeals for the Ninth Circuit on January 18, 2022.

8. I am not currently suspended or disbarred in any court.

9. I know and will comply with all applicable local rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022

By: */s/ Kelly Colleen Holt*
Kelly Colleen Holt



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kelly Colleen Holt

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 6, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on April 5, 2022.

*Robert D. Mayberger*

Clerk of the Court

CertID-00060716



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney
Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022