1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  KARLI EISENBERG, State Bar No. 281923
   Supervising Deputy Attorney General
3  HAYLEY PENAN, State Bar No. 313693
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7785
6    Fax:  (916) 324-5567
     E-mail:  Hayley.Penan@doj.ca.gov
7  *Attorneys for Defendant Mary Watanabe, in her*
   *official capacity as Director of the California*
8  *Department of Managed Health Care*

9

                    IN THE UNITED STATES DISTRICT COURT

10

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

| | |
|---|---|
| 14  **FOOTHILL CHURCH, CALVARY** | 2:15-CV-02165-KJM-EFB |
| 15  **CHAPEL OF CHINO HILLS and** | |
|     **SHEPHERD OF THE HILLS CHURCH,** | **NOTICE OF WITHDRAWAL** |
| 16                            Plaintiffs, | Judge:        The Honorable Kimberly J. |
| 17  **v.** | Mueller |
|     | Action Filed: Oct. 23, 2017 |
| 18 | |
| 19  **MARY WATANABE, in her official** | |
|     **capacity as Director of the California** | |
|     **Department of Managed Health Care,** | |
| 20 | |
|     Defendant. | |
| 21 | |

22      TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE

23  COURT:

24      PLEASE TAKE NOTICE that Deputy Attorney General Melissa Riess, of the Office of the

25  Attorney General, hereby withdraws her appearance on behalf of Defendant Mary Watanabe, in her

26  official capacity as Director of the California Department of Managed Health Care. This withdrawal

27  is submitted in anticipation of Ms. Riess's departure from the California Department of Justice on

28

                                           1

1    August 19, 2022. Defendant will continued to be represented by Supervising Deputy Attorney

2    General Karli Eisenberg and Deputy Attorney General Hayley Penan.

3

4    Dated:  August 19, 2022                              Respectfully submitted,

5                                                          ROB BONTA
                                                           Attorney General of California
                                                           KARLI EISENBERG
6                                                          Supervising Deputy Attorney General

7

8                                                          */s/ Melissa Riess*
                                                           MELISSA RIESS
9                                                          Deputy Attorney General
                                                           *Attorneys for Defendant Mary Watanabe, in*
10                                                         *her official capacity as Director of the*
                                                           *California Department of Managed Health*
11                                                         *Care*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2