Rob Bonta, State Bar No. 202668
Attorney General of California
Karli Eisenberg, State Bar No. 281923
Supervising Deputy Attorney General
Hayley Penan, State Bar No. 313693
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7785
 Fax: (916) 324-5567
 E-mail: Hayley.Penan@doj.ca.gov
*Attorneys for Defendant Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**ORDER GRANTING MOTION OF DEFENDANT REGARDING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF ON SCOPE OF REMEDY**<br><br>Judge:   The Honorable Kimberly J. Mueller<br>Action Filed: Oct. 23, 2017 |

**ORDER**

Good cause appearing, the Court has received and reviewed the motion for an extension of time to file the supplemental brief regarding the scope of the remedy, submitted by Defendant Mary Watanabe. The motion is GRANTED, and the Court hereby orders the following deadlines and schedule in this matter:

1

a) Supplemental Briefs on the Scope of the Remedy: October 3, 2022; and

b) Responsive Briefs on the Scope of the Remedy: October 17, 2022.

**SO ORDERED.**

Date: September 26, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE