1   Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
2   15100 N. 90th Street
Scottsdale, AZ 85260
3   (480) 444-0020
jgalus@ADFlegal.org
4

5   Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
44180 Riverside Parkway
6   Lansdowne, VA 20176
(571) 707-4655
7   jreed@ADFlegal.org

8   *Admitted pro hac vice

9   Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
10  983 Reserve Drive
Roseville, CA 95678
11  (916) 960-2211
alex@medinamckelvey.com
12  *Attorneys for Plaintiffs*

13

14  IN THE UNITED STATES DISTRICT COURT

15  FOR THE EASTERN DISTRICT OF CALIFORNIA

16  SACRAMENTO DIVISION

17

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,** | 2:15-CV-02165-KJM-EFB |
| Plaintiffs, | **ORDER** |
| v. | Dept:    Courtroom 3, 15th Fl. |
| **MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,** | Judge:  Hon. Kimberly J. Mueller |
| Defendant. | |

1        Before the Court is the Parties' Stipulation Extending Deadline to File a Motion for

2   Attorneys' Fees, filed pursuant to Local Rule 143. *See* ECF No. 140. Upon considering the

3   Parties' Stipulation and Request, and for good cause shown, the Court endorses the Parties'

4   Stipulation and orders any motion for an award of attorneys' fees be filed on or before April 17,

5   2023.

6        IT IS SO ORDERED.

7   Dated:  March 1, 2023.

8

9   _____
    CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order (2:15-CV-02165-KJM-EFB)