Jeremiah Galus (Arizona Bar No. 030469)*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

Jacob E. Reed (Ohio Bar No. 99020)*
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
jreed@ADFlegal.org

*Admitted pro hac vice

Alexander M. Medina (California Bar No. 222015)
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, CA 95678
(916) 960-2211
alex@medinamckelvey.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS, and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**ORDER**<br><br>Dept:   Courtroom 3, 15th Fl.<br>Judge:  Hon. Kimberly J. Mueller |

Before the Court is the Parties' Stipulation Extending Deadline to File a Motion for Attorneys' Fees, filed pursuant to Local Rule 143. *See* ECF No. 142. Upon considering the Parties' Stipulation and Request, and for good cause shown, the Court endorses the Parties' Stipulation and orders any motion for an award of attorneys' fees be filed on or before June 1, 2023.

IT IS SO ORDERED.

Dated: April 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE