1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  KARLI EISENBERG, State Bar No. 281923
   Supervising Deputy Attorney General
3  HAYLEY PENAN, State Bar No. 313693
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7785
6   Fax:  (916) 324-5567
    E-mail:  Hayley.Penan@doj.ca.gov
7  *Attorneys for Defendant Mary Watanabe, in her*
   *official capacity as Director of the California*
8  *Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND JOINT REQUEST FOR COURT ORDER RE: THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS; [PROPOSED] ORDER**<br><br>Judge: The Honorable Kimberly J. Mueller<br>Action Filed: Oct. 23, 2017 |

Plaintiffs Foothill Church, Calvary Chapel of Chino Hills, and Shepherd of the Hills Church and Defendant Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care, agree and stipulate as follows:

/ / /

/ / /

/ / /

1

## BACKGROUND

1. On February 2, 2023, this Court issued an order, granting Plaintiffs' request for a permanent injunction on their Free Exercise Clause claim. ECF No. 138.

2. On February 3, 2023, this Court entered judgment in accordance with its February 2, 2023 injunction order. ECF No. 139.

3. Because this case is an action under 42 U.S.C. § 1983, Plaintiffs intend to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

4. Local Rule 293 requires a motion for an award of attorneys' fees to be filed within 28 days after entry of final judgment.

5. The Parties stipulated and agreed to extensions for Plaintiffs to file a motion for an award of attorneys' fees, allowing the Parties to continue good faith negotiations. ECF Nos. 140, 142; *see also* ECF No. 141.

6. On April 6, 2023, the Court endorsed the Parties' Stipulation Extending Deadline to File a Motion for Attorneys' Fees, ordering a new deadline of June 1, 2023 for the attorneys' fees motion. ECF No. 143.

## THE PARTIES' REQUEST

Plaintiffs and Defendant Watanabe have reached an agreement regarding attorneys' fees and costs and jointly request that the Court enter the following order:

1. Defendant Watanabe will pay to Plaintiffs a total of $500,000 in attorneys' fees and costs (including $10,000 for local counsel and $490,000 for counsel Alliance Defending Freedom).

2. This payment will completely satisfy Defendant Watanabe's obligation to pay attorneys' fees and costs in this matter; Plaintiffs will not be entitled to any interest.

3. This payment is contingent upon certification of availability of funds and the approval of the Director of the California Department of Finance.

4. Plaintiffs understand that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorneys' fees and costs.

2

Stipulation and Joint Request for Court Order re: Parties' Settlement of Plaintiffs' Claim for Attorneys' Fees and Costs; [Proposed] Order (2:15-CV-02165-KJM-EFB)

5. If Defendant Watanabe fails to pay the agreed-upon sum of $500,000 by June 30, 2023, Plaintiffs retain the right to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

Dated: May 8, 2023                                         Respectfully submitted,

                                                           ROB BONTA
                                                           Attorney General of California


                                                           */s/ Hayley Penan*
                                                           HAYLEY PENAN
                                                           Deputy Attorney General
                                                           KARLI EISENBERG
                                                           Supervising Deputy Attorney General
                                                           *Attorneys for Defendants California Department of Managed Health Care, Mary Watanabe in her official capacity as Director of the California Department of Managed Health Care*

Dated: May 8, 2023                                         ALLIANCE DEFENDING FREEDOM


                                                           By: */s/ Jeremiah Galus* (as authorized on May 8, 2023)
                                                           JEREMIAH GALUS
                                                           *Attorneys for Plaintiff Churches*

3

Stipulation and Joint Request for Court Order re: Parties' Settlement of Plaintiffs' Claim for Attorneys' Fees and Costs; [Proposed] Order (2:15-CV-02165-KJM-EFB)

**[PROPOSED] ORDER**

1. Defendant Watanabe will pay to Plaintiffs a total of $500,000 in attorneys' fees and costs (including $10,000 for local counsel and $490,000 for counsel Alliance Defending Freedom).

2. This payment will completely satisfy Defendant Watanabe's obligation to pay attorneys' fees and costs in this matter; Plaintiffs will not be entitled to any interest.

3. This payment is contingent upon certification of availability of funds and the approval of the Director of the California Department of Finance.

4. Plaintiffs understand that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorney's fees and costs.

5. If Defendant Watanabe fails to pay the agreed-upon sum of $500,000 by June 30, 2023, Plaintiffs retain the right to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

IT IS SO ORDERED.

Dated: _____

U.S. District Judge Kimberly J. Mueller

4

Stipulation and Joint Request for Court Order re: Parties' Settlement of Plaintiffs' Claim for Attorneys' Fees and Costs; [Proposed] Order (2:15-CV-02165-KJM-EFB)

# CERTIFICATE OF SERVICE

Case Name:  **Foothill Church, et al., v. Michelle Rouillard**           No.   **2:15-CV-02165-KJM-EFB**

I hereby certify that on May 8, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND JOINT REQUEST FOR COURT ORDER RE: THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 8, 2023, at Sacramento, California.

| Carolyn Gatkin | /s/ Carolyn Gatkin |
|---|---|
| Declarant | Signature |

SF2015403026
Certificate of Service re Stipulation & Proposed Order - 37150930.docx