ROB BONTA, State Bar No. 202668
Attorney General of California
KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorney General
HAYLEY PENAN, State Bar No. 313693
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7785
  Fax:  (916) 324-5567
  E-mail:  Hayley.Penan@doj.ca.gov
*Attorneys for Defendant Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOOTHILL CHURCH, CALVARY CHAPEL OF CHINO HILLS and SHEPHERD OF THE HILLS CHURCH,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARY WATANABE, in her official capacity as Director of the California Department of Managed Health Care,**<br><br>Defendant. | 2:15-CV-02165-KJM-EFB<br><br>**STIPULATION AND JOINT REQUEST FOR COURT ORDER RE: THE PARTIES' SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS; ORDER**<br><br>Judge: The Honorable Kimberly J. Mueller<br>Action Filed: Oct. 23, 2017 |

Plaintiffs Foothill Church, Calvary Chapel of Chino Hills, and Shepherd of the Hills Church and Defendant Mary Watanabe, in her official capacity as Director of the California Department of Managed Health Care, agree and stipulate as follows:

/ / /

/ / /

/ / /

1

## BACKGROUND

1. On February 2, 2023, this Court issued an order, granting Plaintiffs' request for a permanent injunction on their Free Exercise Clause claim. ECF No. 138.

2. On February 3, 2023, this Court entered judgment in accordance with its February 2, 2023 injunction order. ECF No. 139.

3. Because this case is an action under 42 U.S.C. § 1983, Plaintiffs intend to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

4. Local Rule 293 requires a motion for an award of attorneys' fees to be filed within 28 days after entry of final judgment.

5. The Parties stipulated and agreed to extensions for Plaintiffs to file a motion for an award of attorneys' fees, allowing the Parties to continue good faith negotiations. ECF Nos. 140, 142; *see also* ECF No. 141.

6. On April 6, 2023, the Court endorsed the Parties' Stipulation Extending Deadline to File a Motion for Attorneys' Fees, ordering a new deadline of June 1, 2023 for the attorneys' fees motion. ECF No. 143.

## THE PARTIES' REQUEST

Plaintiffs and Defendant Watanabe have reached an agreement regarding attorneys' fees and costs and jointly request that the Court enter the following order:

1. Defendant Watanabe will pay to Plaintiffs a total of $500,000 in attorneys' fees and costs (including $10,000 for local counsel and $490,000 for counsel Alliance Defending Freedom).

2. This payment will completely satisfy Defendant Watanabe's obligation to pay attorneys' fees and costs in this matter; Plaintiffs will not be entitled to any interest.

3. This payment is contingent upon certification of availability of funds and the approval of the Director of the California Department of Finance.

4. Plaintiffs understand that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorneys' fees and costs.

2

Stipulation and Joint Request for Court Order re: Parties' Settlement of Plaintiffs' Claim for Attorneys' Fees and Costs; Order (2:15-CV-02165-KJM-EFB)

5. If Defendant Watanabe fails to pay the agreed-upon sum of $500,000 by June 30, 2023, Plaintiffs retain the right to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

Dated:  May 8, 2023                                          Respectfully submitted,

ROB BONTA
Attorney General of California


/s/ Hayley Penan
HAYLEY PENAN
Deputy Attorney General
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Defendants California Department of Managed Health Care, Mary Watanabe in her official capacity as Director of the California Department of Managed Health Care*

Dated:  May 8, 2023                                          ALLIANCE DEFENDING FREEDOM


By: */s/ Jeremiah Galus* (as authorized on May 8, 2023)
JEREMIAH GALUS
*Attorneys for Plaintiff Churches*

3

Stipulation and Joint Request for Court Order re: Parties' Settlement of Plaintiffs' Claim for Attorneys' Fees and Costs; Order (2:15-CV-02165-KJM-EFB)

**ORDER**

1. Defendant Watanabe will pay to Plaintiffs a total of $500,000 in attorneys' fees and costs (including $10,000 for local counsel and $490,000 for counsel Alliance Defending Freedom).

2. This payment will completely satisfy Defendant Watanabe's obligation to pay attorneys' fees and costs in this matter; Plaintiffs will not be entitled to any interest.

3. This payment is contingent upon certification of availability of funds and the approval of the Director of the California Department of Finance.

4. Plaintiffs understand that the submission of the claims bill cannot be made without an order of this Court regarding the Parties' agreement for the payment of attorney's fees and costs.

5. If Defendant Watanabe fails to pay the agreed-upon sum of $500,000 by June 30, 2023, Plaintiffs retain the right to pursue an award of attorneys' fees under 42 U.S.C. § 1988.

IT IS SO ORDERED.

Dated: May 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stipulation and Joint Request for Court Order re: Parties' Settlement of Plaintiffs' Claim for Attorneys' Fees and Costs; Order (2:15-CV-02165-KJM-EFB)